## No. 26620

## The People of the State of Colorado v. Edward T. Chmielewski

(529 P.2d 1337)

Decided January 6, 1975.

J. E. Losavio, Jr., District Attorney, James R. Gmelin, Deputy, for plaintiff-appellant.

No appearance for defendant-appellee.

*En Banc.*

PER CURIAM

■ This appeal by the District Attorney of Pueblo County stems from a ruling of the district court setting aside a verdict of guilty returned by a jury.

Not a single question of law is raised by the brief for the People. The action of the court was grounded on a finding of insufficient identity of goods allegedly the subject of a theft charge against the deféndant. The prosecution would have us review this ruling in spite of Colo. Sèss. Laws 1972, ch. 44, 39-12-102 at 253, which permits the prosecution to appeal on only questions of law.

The appeal is dismissed.